

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2016

No. 04-15-00487-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

Leon Oscar **RAMIREZ**, Jr., Individually, and Jesus M. Dominguez, as Guardian for Minerva
Clementina Ramirez, an incapacitated person, Individually,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,637
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

Appellees' unopposed motion for a second extension of time to file their brief is granted. We order appellees' brief due June 30, 2016. Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief is not filed by the date ordered, the court may set the appeal for submission without appellees' brief and without further notice.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2016.

_____
Keith E. Hottle
Clerk of Court